IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | § |
| | § |
| VS. | §   CRIMINAL ACTION NO. B-08-728 |
| | § |
| JORGE ALBERTO CANDANOZA-LONGORIA | § |

**ORDER**

BE IT REMEMBERED on this 20th day of November, 2008, the Court reviewed the file in the above-captioned matter and specifically the Report and Recommendation of the United States Magistrate Judge filed July 30, 2008, wherein the defendant Jorge Alberto Candanoza-Longoria waived appearance before this Court and appeared before the United States Magistrate Judge Felix Recio for the taking of a felony guilty plea and Federal Rule of Criminal Procedure Rule 11 Allocution. The magistrate judge recommends that the plea of guilty be accepted by the undersigned, and noting no opposition by defendant Jorge Alberto Candanoza-Longoria to the Report and Recommendation, the Court enters the following order:

IT IS ORDERED that the Report and Recommendation of the United States Magistrate Judge be and is hereby adopted. The Court finds the Defendant Jorge Alberto Candanoza-Longoria guilty of the offense of knowing and in reckless disregard did transport and move, and attempt to transport and move, a certain undocumented alien within the United States, from near Brownsville, Texas, to near Brownsville, Texas, on foot, in violation of 8 U.S.C. § 1324(a)(1)(A)(ii) and 1324(a)(1)(A)(v)(ll) and guilty of the offense of alien unlawfully found in the United States after deportation, having been convicted of an aggravated felony, in violation of 8 U.S.C. 1326 (a) and (b).

Signed this 20th day of November, 2008.

_____
Andrew S. Hanen
United States District Judge